# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 12-04699-KK**                                    Date: **October 27, 2014**

Title:  **Samuel Lee Shoemake v. Polard, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                     <u>RS 4 10-27-14</u>
Deputy Clerk                                  Court Reporter/Recorder

ATTORNEY PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):
Samuel Lee Shoemake, Pro Se                         Paul Joseph Coony


**PROCEEDINGS:**          **TELEPHONIC STATUS CONFERENCE**

On October 27, 2014, the Court conducted a telephonic status conference to address Plaintiff's motions to compel (ECF Docket Nos. 87 and 88).  Plaintiff seeks (1) a transcript of the video of the staff complaint made by Sergeant Franklin and Captain Buetcher while they were investigating the incident; (2) a list of the names and CDC numbers of all the inmates in Facility A, Building 4, Administrative Segregation on the day of the incident; and (3) a transcript of the deposition of Vernon Lucas.

Defendant represents that it has mailed plaintiff (1) the video and transcript of the video of the staff complaint made by Sergeant Franklin and Captain Buetcher; and (2) a transcript of the deposition of Vernon Lucas.  Plaintiff confirms that he has received the transcript of the deposition of Vernon Lucas; he has not received the video and transcript of the video referenced above.  Defense counsel will follow-up with the litigation coordinator at the facility in which plaintiff is housed in order to assess the status of delivery of the video and transcript of the video and, if necessary, provide another copy of the requested materials to plaintiff.

As for plaintiff's request for a list of the names and CDC numbers of all the inmates in Facility A, Building 4, Administrative Segregation on the day of the incident, that request is DENIED as untimely.

MINUTES FORM 11
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: CV 12-04699-KK                                          October 27, 2014
**Samuel Lee Shoemake v. Polard, et al.,**                                          **Page 2**

-------------------------------------------------------------------------------------------------------------------------

The Court inquires as to whether the parties are interested in participating in the Prisoner Settlement Program.  Both parties advise that they are interested.  The Court, therefore, will issue an order directing the parties to submit confidential statements directly to the ADR Prisoner Settlement Coordinator.
.

:15

Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN